IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| TAREEQ AKBAR, #1097127 § | |
| § | |
| V. § | CIVIL ACTION NO. G-07-225 |
| § | |
| GREGG ABBOTT § | |

### ORDER TO TRANSFER

On April 23, 2007, this Court received a Petition for Writ of Habeas Corpus from **Tareeq Akbar**, an inmate at the Huntsville Unit - TDCJ, located in Huntsville, Walker County, Texas. The Petition seeks habeas relief from an order of the Board of Pardons and Paroles denying **Akbar** a release to parole or mandatory supervision.

In the Fifth Circuit cases in which the Petitioner complains of actions taken by the Board of Pardons and Paroles, the Court has addressed the issue of jurisdiction and has held that "such a complaint should be raised through a § 2241 motion filed in the District Court where the prisoner is confined." King v. Lynaugh, 729 F.Supp. 57, 59 (W.D. Tx. 1990) quoting United States v. Smith, 844 F.2d 203, 207 (5th Cir. 1988)   Of course, the Galveston Division is part of the Southern District of Texas; however; the Huntsville Unit - TDCJ where **Akbar** is assigned, is located within the Houston Division of the Southern District of Texas. It is, therefore, **ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Southern District of Texas, Houston Division, for all further proceedings.

DONE at Galveston, Texas, this ____26th____ day of April, 2007.

John R. Froeschner
United States Magistrate Judge